**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00166-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

 v.

1. LARRY NEIL GRANT

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Monday, June 2, 2008,** and responses to these motions shall be filed by **Monday, June 16, 2008.** It is

 FURTHER ORDERED that due to the Court's congested calendar, counsel shall contact my chambers to schedule a hearing on all pending motions, if any, and final trial preparation conference if such a hearing is necessary. It is

 FURTHER ORDERED that a 4-day jury trial is set for **Monday, July 7, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: May 20, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge