IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 08-cr-00166-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

1.    LARRY NEIL GRANT

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LARRY NEIL GRANT before Chief Judge Wiley Y. Daniel, United States District Judge, forthwith for proceedings scheduled for Friday, November 7, 2008 upon the charges in the Indictment alleging a failure to register as a sex offender in violation of 18 U.S.C. §2250 and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until the conclusion of that hearing, and thereafter to return the defendant to the institution where he is now confined.

       Dated: November 3, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge