# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00166-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LARRY NEIL GRANT,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LARRY NEIL GRANT before Judge Boyd N. Boland, United States Magistrate Judge, forthwith for proceedings scheduled for Thursday, November 20, 2008 upon the charges in the Indictment alleging a failure to register as a sex offender in violation of 18 U.S.C. §2250 and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until the conclusion of that hearing, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 18th day of November, 2008.

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO