IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  08-cr-00166-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

1.     LARRY NEIL GRANT

       Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

     Upon petition of the United States and for good cause shown, it is hereby ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LARRY NEIL GRANT before Chief Judge Wiley Y. Daniel, forthwith for proceedings scheduled for Wednesday, September 30, 2009, at 4:00 p.m., and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until the conclusion of that hearing and thereafter to return the defendant to the institution where he is now confined.

     Dated:  September 14, 2009

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Chief United States District Judge