IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  08-cr-00166-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

1.    LARRY NEIL GRANT

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

       Due to a scheduling conflict of the Court, the Status Conference and hearing on Defendant's Status Report and Motion for Ends of Justice Continuance, filed September 10, 2009 [#80], scheduled for **Wednesday, September 30, 2009, at 4:00 p.m.** is **VACATED** and **RESET** for **Wednesday, September 30, 2009, at 9:00 a.m.**

       September 29, 2009